■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. BERNARD STROBLE, Defendant. Motion for change of venue granted in accordance with memorandum decision in *People* v. *Hill* (42 A D 2d 679).

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. ERIC THOMPSON, Defendant. Motion for change of venue granted in accordance with memorandum decision in *People* v. *Hill* (42 A D 2d 679).